UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDINA LIMA,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, aka Wachovia Mortgage Federal Savings Bank, a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. C09-04798-TEH<br><br>The Honorable Thelton E. Henderson, Courtroom 12<br><br>ORDER ON STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND AMEND BRIEFING SCHEDULE<br><br>[Civ. L.R. 6-2] |

**<u>ORDER</u>**

Based on the parties' stipulation, and for GOOD CAUSE shown, the Court hereby continues the preliminary injunction hearing from October 22, 2009, to December 7, 2009 at 10:00 a.m. Plaintiff shall file a motion for preliminary injunction on or before November 2, 2009. The Ex Parte Motion for Temporary Restraining Order already filed by Plaintiff does not address the factors Plaintiff must establish before this Court can issue a preliminary injunction, and is therefore an insufficient basis for the Court to order such a remedy. *See Winter v. NRDC, Inc.,* __ U.S. __, 129 S. Ct. 365, 375 (2008).

Defendants shall file and serve their opposition, if any, on or before November 16,

2009.  Plaintiff shall file and serve her reply memorandum, if any, on or before November 23, 2009.  The temporary restraining order issued by the Court on October 8, 2009 shall continue in full force and effect through the hearing on the preliminary injunction.

IT IS SO ORDERED.

\_\_10/20/09_____          _____
DATE                            THELTON E. HENDERSON, JUDGE
                                UNITED STATES DISTRICT COURT