IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDINA LIMA,<br><br>           Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION, aka Wachovia Mortgage Federal Savings Bank, a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation, and DOES 1 through 20,<br><br>           Defendants. | NO. C09-04798 TEH<br><br>ORDER CONTINUING PRELIMINARY INJUNCTION HEARING |

    The Court is in receipt of the Notice of Motion and Motion to Dismiss Plaintiff's Complaint filed by Defendant Wachovia Mortgage, FSB ("Wachovia"), noticed for hearing on December 14, 2009. The Court issued a temporary restraining order on October 8, 2009, enjoining Defendants from holding "any trustee sale of the property commonly known as 2540 26th Avenue in Oakland, California," and setting a preliminary injunction hearing for October 22, 2009. The preliminary injunction hearing was continued to December 7, 2009, after Wachovia and Plaintiff stipulated to continue the hearing "to a date not earlier than December 7, 2009." Given that similar issues are raised by Defendant's Motion to Dismiss

and Plaintiff's Motion for Preliminary Injunction, judicial economy will be served if the Court hears both motions at the same time.

Therefore, for good cause showing, the preliminary injunction hearing now scheduled for December 7, 2009, is CONTINUED to December 14, 2009, at 10:00am, to be held concurrently with the hearing on Defendant's motion to dismiss.  The temporary restraining order issued by the Court on October 8, 2009 shall continue in full force and effect through the hearing on the preliminary injunction.

IT IS SO ORDERED.

Dated:   11/13/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2