IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDINA LIMA,<br><br>            Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION, et al.,<br><br>            Defendants. | NO. C09-04798 TEH<br><br>ORDER DISMISSING CASE |

This matter came before the Court on December 14, 2009, on the motion for preliminary injunction of Plaintiff Osvaldina Lima ("Plaintiff"), and the motion to dismiss of Defendant Wachovia Mortgage FSB. The Court, ruling from the bench, DENIED the motion for preliminary injunction and GRANTED the motion to dismiss without prejudice. Plaintiff was given leave to file an amended complaint within 45 days.

Plaintiff has not filed an amended complaint with the 45-day period allowed by the Court. Therefore, with good cause appearing, this matter is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 2/03/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT