1  Jeremy E. Shulman (#257582)
   jshulman@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN, LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, CA  91101
4  Tel: (626) 535-1900
   Fax: (626) 577-7764
5
   Attorneys for Defendant
6  Wachovia Mortgage, FSB, formerly known as World
   Savings Bank, FSB, sued as Wachovia Mortgage
7  Corporation

8  Paul McCarthy (#139497)
   p_mccarthy@sbcglobal.net
9  2150 Folsom #7A
   San Francisco, California 94110
10

11 Attorney for Plaintiff
   Osvaldina Lima

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDINA LIMA<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, aka Wachovia Mortgage Federal Savings Bank, a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. C09-04798-TEH<br><br>The Honorable Thelton E. Henderson, Courtroom 12<br><br>STIPULATION TO WITHDRAW MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE AND FOR CANCELLATION OF NOTICE OF PENDENCY<br><br>[Civ. L.R. 7-12] |

<u>STIPULATION</u>

1. The parties hereby stipulate that the pending motion of defendant Wachovia Mortgage, FSB for an award of attorneys' fees is withdrawn without prejudice.

2. The parties further stipulate that plaintiff shall record a cancellation of the notice of pendency of action in the Alameda County Recorder's Office and shall provide proof of such recording no later than May 31, 2010.

Dated: May 12, 2010         PAUL MCCARTHY

By: /s/ Paul McCarthy
Paul McCarthy, Esq.
p_mccarthy@sbcglobal.net
Attorneys for Plaintiff
Osvaldina Lima

Dated: May 12, 2010         ANGLIN, FLEWELLING, RASMUSSEN,
                            CAMPBELL & TRYTTEN LLP

By: /s/ Jeremy E. Shulman
Jeremy E. Shulman, Esq.
jshulman@afrct.com
Attorneys for Defendant
Wachovia Mortgage, FSB, formerly known as
World Savings Bank, FSB, sued as Wachovia
Mortgage Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

 05/13/10  
DATE                        JUDGE OF THE DISTRICT COURT

*Judge Thelton E. Henderson*